THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 William
 Thompkins Appellant.
 
 
 
 
 

Appeal From Horry County
Benjamin H. Culbertson, Circuit Court
Judge

Unpublished Opinion No.  2009-UP-565
 Submitted December 1, 2009  Filed
December 2, 2009

APPEAL DISMISSED
__________

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief
 Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General
 Salley W. Elliott, of Columbia; Solicitor John Gregory Hembree, of Conway, for
 Respondent.
 
 
 

PER CURIAM:  William Thompkins appeals the plea court's assignment
 of restitution, arguing he was entitled to a hearing.  After a thorough review of the record and counsel's
 brief, pursuant to Anders v. California, 386 U.S. 738 (1967) and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J.,
 CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.